# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JAMES PORTER PARKER,**

    **Plaintiff,**

v.                                                        **CASE NO. 1:04-cv-00025-MP-AK**

**ALACHUA COUNTY,**
**et al,**

    **Defendants.**

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion for Clarification, wherein he asks several questions about his response to the pending motion for summary judgment, requests an extension of time, and indicates a desire to conduct discovery. (Doc. 51). First, Plaintiff should respond to the issues and evidence presented in the Defendants' motion, but may submit any evidentiary material he deems necessary to support the claims he raises in his complaint. Plaintiff indicates that he may wish to pursue discovery. If so, he shall file a motion for discovery explaining why he needs additional information and attach all proposed discovery to the motion. He must comply with the Federal Rules of Civil Procedure in all discovery efforts. Further, if he wishes to obtain affidavits from inmate witnesses he should provide the Court with the inmate names, numbers, and locations, with the proposed affidavits or deposition questions and the Court will have the discovery served for him.

Accordingly, it is

**ORDERED:**

1. Plaintiff's motion for clarification (doc. 51) is GRANTED, insofar as he seeks

additional time to respond to the motion for summary judgment.

    2.  Plaintiff shall on or before May 20, 2005, serve his motion for discovery as set forth above.

    **DONE AND ORDERED** at Gainesville, Florida, this __2nd__ day of May, 2005.


                **s/ A. KORNBLUM**
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**