IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JAMES PORTER PARKER,**

    **Plaintiff,**

**vs.**                                           **CASE NO. 1:04cv25-MMP/AK**

**ALACHUA COUNTY, et al,**

    **Defendants.**

_____/

## O R D E R

    Presently before the Court is Plaintiff's Motion for Discovery. (Doc. 56). Defendants have responded (docs. 58 and 59) and oppose the scope of discovery sought by Plaintiff. Defendants have moved to dismiss for failure to exhaust administrative remedies. The discovery sought by Plaintiff goes far beyond the issue presently before the Court. Plaintiff does not seek any information from Defendants about exhaustion, which may result in the dismissal of his claims if Plaintiff cannot prove that he has indeed exhausted such remedies. Consequently, Plaintiff's motion for discovery (doc. 56) is **DENIED**. The Court will grant Plaintiff through **June 17, 2005**, to

supplement his response (doc. 50) to the motion to dismiss with any additional argument or proof he has with regard to the issues raised in the motion to dismiss.

**DONE AND ORDERED** at Gainesville, Florida, this  **1st**   day of June, 2005.

> s/ A. KORNBLUM
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**

**No. 1:04cv25-mmp/ak**