IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES PORTER PARKER,

    Plaintiff,

v.                                              CASE NO. 1:04-cv-00025-MP-AK

ALACHUA COUNTY, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 66, Report and Recommendation of the Magistrate Judge, which recommended that Defendant's motions for summary judgment, Doc. 43 and Doc. 49, be granted and the case dismissed for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e).  The Magistrate based his findings, in part, on the Plaintiff's failure to adequately support his claim that he attempted to file an administrate action but was not provided with the necessary forms to do so when requested.  For instance, the Magistrate stated that Plaintiff "provided no details such as whom he asked for forms from, when, and who denied his requests, how many times he asked, and other information that would bolster the credibility of his allegations."  Doc. 66 at 7.  However, further inquiry into such details of Plaintiff's claim is necessary before determining whether summary judgment is appropriate.

Therefore, Plaintiff is ordered to file a sworn affidavit further substantiating his claim that he attempted to file an administrative action but was unable to do so through no fault of his own.  Such affidavit must be filed by Monday, October 31, 2005.  Failure of the Plaintiff to do so may result in dismissal of this case.  This cause is remanded to the Magistrate for further proceedings in accordance with this Order.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.  The Report and Recommendation of the Magistrate Judge is rejected and this case is remanded to the Magistrate Judge for further proceedings in accordance with this Order.

**DONE AND ORDERED** this  *16th* day of September, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
