# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JAMES PORTER PARKER,**

    **Plaintiff,**

v.                                                    **CASE NO. 1:04-cv-00025-MP-AK**

**SHERIFF STEPHEN M OELRICH,**
**et al,**

    **Defendants.**

_____/

## O R D E R

This matter is before the Court on Plaintiff's Affidavit (doc. 73), which he has submitted pursuant to the Court's Order dated September 16, 2005. (Doc. 71). Also before the Court is Plaintiff's Motion for Reconsideration (doc. 72) of the Court's previous Order denying him leave to supplement the record to file a report on the Alachua County Jail, which he contends supports the claims raised in the complaint.

Plaintiff claims in his affidavit that the infection he was suffering from while incarcerated at the Alachua County Jail, and which is the subject of his lawsuit, prevented him from identifying the officers from which he sought grievance forms. He also asserts that he asked repeatedly for these forms, but was denied same, and he has provided a statement from another inmate who attests that he, too, witnessed jail officials denying inmates medical care and grievance forms. Out of an abundance of caution, the Court finds in this instance that administrative remedies were not available to Plaintiff during the relevant time period, and that the claims of deliberate indifference to his medical needs should go forward.

Plaintiff has also moved for reconsideration of the Court's order denying him leave to supplement the record. The Court is herein directing Defendants to file a special report on the substantive issues raised in the amended complaint (doc. 12). Once the special report is filed and converted to a motion for summary judgment, Plaintiff will be directed to respond to it and at that time he may attach the report to his response. The report shall not be filed merely as a supplement to the record. Plaintiff may use it as support for his argument against summary judgment, if he can use it in that fashion.

Accordingly, it is

**ORDERED:**

1. Defendants shall on or before **December 23, 2005**, file a special report, as described in the Court's previous order (doc. 20), addressing the substantive issues raised in Plaintiff's amended complaint. (See Doc. 12).

2. Plaintiff's Motion for Reconsideration (doc. 71) is **GRANTED**, in that Plaintiff may submit the report referenced in that motion as support for his response to Defendants' special report.

**DONE AND ORDERED** this _**25th**_ day of October, 2005

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 1:04-cv-00025-MP-AK*